KELLEY S. OLAH (SBN 245180)
 *KOlah@btlaw.com*
NOUSHAN NOUREDDINI (SBN 278512)
 *NNoureddini@btlaw.com*
**BARNES & THORNBURG LLP**
2029 Century Park East, Suite 300
Los Angeles, California 90067
Telephone: (310) 284-3880
Facsimile: (310) 284-3894

Attorneys for Defendants
JOHNSON & JOHNSON (incorrectly named as "Johnson & Johnson, Inc."); JOHNSON & JOHNSON CONSUMER INC., f/k/a JOHNSON & JOHNSON CONSUMER COMPANIES, INC. (incorrectly named as "Johnson & Johnson Consumer Companies, Inc."); DEPUY ORTHOPAEDICS, INC. (incorrectly named as "DePuy Orthopedics, Inc."); DEPUY SYNTHES PRODUCTS, INC. (incorrectly named as "DePuy Synthes Orthopedics")

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| MARK GOINS,<br><br>　　Plaintiff,<br><br>v.<br><br>HOWMEDICA OSTEONICS CORPORATION, a Corporation; STRYKER ORTHOPEDICS, a Corporation; STRYKER SALES CORPORATION, a Corporation; STRYKER CORPORATION, a Corporation; JOHNSON & JOHNSON, INC., a Corporation; JOHNSON & JOHNSON CONSUMER COMPANIES, INC., a Corporation; DePUY ORTHOPEDICS, INC., a Corporation; DePUY SYNTHES ORTHOPEDICS, a Corporation and DOES 1 through 25,<br><br>　　Defendants. | Case No. 5:20-cv-00237-PA-SP<br><br>Assigned to the Hon. Percy Anderson<br><br>**ORDER REGARDING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: November 15, 2019 |

## **PROPOSED ORDER**

Having reviewed the stipulation of the parties, and good cause appearing, the entire action is dismissed with prejudice. The parties are to bear their own costs.

IT IS SO ORDERED.

Date: September 28, 2020

_____
THE HONORABLE PERCY ANDERSON
U.S. DISTRICT COURT JUDGE